UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA and RUSSELL AMIDON,
as next friends of their son, RICHARD
AMIDON,

        Plaintiffs,                    Case No. 04-75003

v.                                      Hon. Gerald E. Rosen

PONTIAC SCHOOL DISTRICT, *et al.,*

        Defendants.
_____/

**ORDER ESTABLISHING BRIEFING SCHEDULE**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       January 5, 2006

PRESENT:  Honorable Gerald E. Rosen
                    United States District Judge

     On December 14, 2005, counsel for the parties attended a scheduling conference in this Court's chambers. In lieu of issuing a scheduling order, however, the Court instead elected to establish a briefing schedule for Defendants, if they wish, to file motions under Fed. R. Civ. P. 12(b)(6) regarding exhaustion of administrative remedies and other threshold legal challenges to the claims asserted by Plaintiffs in this case. Accordingly, as stated at the December 14 conference,

     NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants shall file and serve any desired motions to dismiss on or before January 31, 2006. Plaintiffs shall then

file and serve their responses to any such motions on or before February 28, 2006.

Finally, Defendants shall file and serve any reply briefs on these motions on or before March 15, 2006.  The Court then will schedule any such motions for hearing.

    SO ORDERED.

                                  s/Gerald E. Rosen
                                  Gerald E. Rosen
                                  United States District Judge

Dated:  January 5, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 5, 2006, by electronic and/or ordinary mail.

                                  s/LaShawn R. Saulsberry
                                  Case Manager